44 So.2d 38

**Calvin ROPER v. STATE.**

**5 Div. 281.**

Court of Appeals of Alabama.
Nov. 29, 1949.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.